John C. DILLEMUTH, Respondent,

v.

OWATONNA TOOL COMPANY and
Reliance Group/Crawford &
Company, Relators,

and

Special Compensation Fund.

No. C7–02–165.

Supreme Court of Minnesota.

June 18, 2002.

Kay Nord Hunt, Richard L. Plagens, Christopher R. Grote, Lommen, Nelson, Cole & Stageberg, P.A., Minneapolis, MN, Relator's Attorney(s).

Ross L. Leuning, Walbran, Furness & Leuning, Owatonna, MN, Respondent's Attorney(s).

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 7, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
/s/Alan C. Page
Associate Justice.